**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00077-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN STERLING COAD,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## **COUNT ONE**

On or about May 13, 2022, in the State and District of Colorado, the defendant, JOHN STERLING COAD, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service according to the directions thereon, a communication addressed to a person whose initials are T.W., and containing a threat to injure T.W, who is an official who is covered by 18 U.S.C. § 1114.

All in violation of Title 18, United States Code, Section 876(c).

## **COUNT TWO**

On or about May 26, 2022, in the State and District of Colorado, the defendant, JOHN STERLING COAD, knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service according to the directions thereon, a communication addressed to a person whose initials are T.W., and containing a threat to injure T.W, who is an official who is covered by 18 U.S.C. § 1114.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

On or about January 24, 2023, in the State and District of Colorado, the defendant, JOHN STERLING COAD, knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated January 21, 2023, addressed to the Fremont County District Court, specifically to the court presided over by a natural person whose initials are M.M, and containing a threat to injure a person whose initials are T.W.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

On or about February 13, 2023, in the State and District of Colorado, the defendant, JOHN STERLING COAD, knowingly caused to be delivered by the Postal Service according to the directions thereon a communication, dated February 12, 2023, addressed to a natural person whose initials are M.M, and containing a threat to injure a person whose initials are T.W.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON



COLE FINEGAN
United States Attorney

By: *s/ Albert Buchman*
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail: al.buchman@usdoj.gov
Attorney for Government