| | |
|---|---|
| DEFENDANT: | JOHN STERLING COAD |
| AGE/YOB: | 1967 |
| COMPLAINT FILED? | ____Yes   ___X____ No |
| OFFENSE(S): | Counts 1-4: Mailing Threatening Communications, 18 U.S.C. § 876(c) |
| LOCATION OF OFFENSE: | Fremont County, Colorado |
| PENALTY: | Counts 1 and 2: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.<br><br>Counts 3 and 4: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release, $100 Special Assessment. |
| AGENT: | Dana Gutierrez<br>Special Agent, Federal Protective Service |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__x__ five days or less; ___ over five days

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.