IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00077-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN STERLING COAD,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce John Sterling Coad, YOB: 1968, Booking Number 2023-000162, is now confined at Fremont County Detention Center, 100 Justice Center Road Cañon City, CO 81212, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America;

that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this  24th  day of  March , 2023

BY THE COURT:

_____
HON. N. REID NEUREITER
 UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO