IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge S. Kato Crews

Criminal Action No. 1:23-cr-00077-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN STERLING COAD,

    Defendant.

---

**ORDER OF DETENTION PER WRIT**

---

THIS MATTER came before the court for an initial appearance and detention hearing on 3/28/2023. The Defendant was in the custody of the Fremont County Detention Center and appeared before this Court on a Writ of Habeas Corpus Ad Prosequendum ("Writ") [Dkt. 7]. The plain language of the Writ requires the government to hold Defendant in temporary custody until the completion of his federal case, after which he is to be returned "to the institution where he was confined[.]" [Dkt. 7.] *See Weekes v. Fleming*, 301 F.3d 1175, 1180 (10th Cir. 2002); *United States v. Kelly*, 661 F.3d 682, 689 (1st Cir. 2011); *see also United States v.*

*Rodriguez-Palacios*, No. 19-CR-00010-CMA, 2019 WL 4954642, at *4 (D. Colo. Oct. 7, 2019).

Pursuant to the Writ, Defendant is ORDERED detained until final disposition of this federal case, at which time Defendant shall be returned to the state institution which previously held custody.

The Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 3/29/2023

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge