IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   23-cr-00077-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN STERLING COAD,

      Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA GRADY
      Federal Public Defender


      *s/ Kilie Latendresse*
      Kilie Latendresse
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Kilie_Latendresse@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

 Albert C. Buchman, Assistant United States Attorney
 Email:  al.buchman@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 John Sterling Coad  (via U.S. Mail)


        *s/ Kilie Latendresse*
        Kilie Latendresse
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Kilie_Latendresse@fd.org
        Attorney for Defendant