FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO APR - 3   PM 12: 29

Criminal Action No. 23-cr-00077-PAB

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN STERLING COAD,

Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of John Sterling Coad, YOB: 1968, Booking Number 2023-000162, is now confined at Fremont County Detention Center, 100 Justice Center Road Cañon City, CO 81212, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado,

1

you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __24th__ day of March, 2023.



BY THE COURT:

s/C. Madrid, Deputy Clerk
_____
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM __C D O C_____ TO
__U S M S  Denver_____
ON __3/28/23_____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY_____
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM_____ TO
_____
ON_____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY_____
DEPUTY U.S. MARSHAL