March 31, 2023

Judge Brimmer,

Greetings, your honor. I pray that you are in good health and spirits today. The thing is, this is not personal. And using your terminology, I have no objections to anyone on planet earth in their individual capacities. Those don't, or seldom, affect me anyway. What I have a genuine problem with is official capacities, but only when there is also an infusion of arrogance, stupidity or any of a number of other similar shortcomings, and then these entities claim the right to be in authority over my personal dealings. And that applies equally to legislators who make crazy laws, law enforcement officers that enforce crazy laws, or judges and prosecutors who prosecute based upon crazy laws. If everyone wants to be paranoid and view all their brothers and sisters of eternity with the pinheaded, narrow lens of "good guy" or "bad guy," which are vagaries of perception at best, and completely irrational at worst. Especially when our Savior said for everyone to love one another. That pretty much means you should be just as kind to me as my own father would be. That said, I don't know you, so your official capacity is currently on a clean slate. Then again, there is the civil case 11-cv-01564-PAB-CBS, which is when I sued Colorado for allowing me to beat myself to death December 15-16, 2009, but could not continue to litigate because I had to run like hell from this evil state in order to see my dear old dad, retired U.S. Democratic Congressman, The Hon. Merwin Coad, 6th dist. Iowa. A personal friend of mine (best friend) when I was the 35th president of The United States. Check it. Do a little research. I am sick of the games being played, and absurd accusations being leveled against me by state and now federal authorities. But it will all come out in the wash. You were on my civil case. I should have gotten millions, but you did not appoint me an attorney. I will visit The Governor of Colorado personally later and request payment.

Page 2] Not having a sense of smell anymore is a big, big deal. I can't taste, all my food tastes like cardboard, no matter what it is. I can't smell weed. I can't smell women's hair, or roses. A big, big, BIG deal. Not to mention the fact that the injury caused my Death. Had me feeling like I was in The Twilight Zone, wondering what was going on for like the first year before I got enough revelations from God to piece it together. But you authorities... you didn't get your memos. I suppose this means you were unworthy, which is, after all, what this is all about. It is karma for the Government. What else could it be? Everlasting Armageddon. There can be no total victory for either side, because that would mean the elimination of either Tamar Coad or me; and I am God, and She is Goddess. Dual-official capacities. We also are Satan A, and Satan B. She is your Commander in Chief on The Astral plane, and I command The Zombie Horde, which currently is only here as "Woke" and "Cancel Culture". Woke. Woke from The Dead. Your mischaracterizations are both tedious and old. It is not what you think it is. God didn't even get it right away. Took him 12 years to understand it. Took Tamar Coad 15. It's Showtime at the Apollo. You can't save mankind from certain absolute extinction, so they can then turn right around and put you on an endless merry-go-round of incarceration over letter writing. It's both absurd and ridiculous, not to mention asinine and stupid. That train, has been derailed. It's a waste of my time, and I will end up demanding compensation, even if I am then a stinking, rotting corpse.

Page 3  I'll just have to put on rubber gloves when I collect my money. Then, if I am in a good mood, I'll be a good sport and you may accompany me and my lovely wife Tamar H. Coad to Olive Garden, our treat! Yeah. It's not personal, but things are about to go live because we are not going to have Tyranny here in the Land we Love. George W. Bush can just climb back in his Jack-in-the-box. The Tyranny was here because the world was ending and that would get rid of it. Now the world isn't ending so it is the Tyranny that has to go. Bugs Bunny understands. Do you? I want the best for everyone. No good guy, No bad guy. A world of cooperation, trust, and virtue. Trump is on my team, Biden is on my team, that means we own the White House. Any fool could see that. And Tamar Coad is on my side individually, even when in our official capacities it is Satan vs. Satan, which keeps the war of Armageddon going forever without a winner and is also the new and everlasting expression of the battle of the sexes and Covenant to mankind. You mistake this for crass hostility. It is not. I have nothing but Love for Tamar. The hateful don't like it. They don't like it that I am madly and irrevokably in Love with Satan. Too bad. So sad. You'll get over it. Trust me. Because She and I ... we're not going anywhere. In either capacity. United States of America v. John Sterling Coad? Are you insane? It is a fool's errand. A war you cannot possibly win. It's suicide. But I'm not going to destroy the United States, I'm going to help you. You have come to a doctor for medical treatment. You are like a wounded dog in the back of my station wagon on the way

Page 4 to the veterinarian, for treatment. As such, you are in good, competent hands and are going to make it through this somehow, as seemingly hopeless as your situation may be, having been corrupted completely by George W. Bush, 666. Because I am locked on, I will live, and that means you will live as well. Being Tamar Coad's guardian angel means I am guardian angel to the United States of America as well. This indictment is just the wounded animal trying to bite because of the pain. As a man of honor and virtue, this will be ignored. The animal will not be hit, the trip to the veterinarian, completed. I am, unbelievably enough, a higher power, than you are. That's why I say "point the gun at me." (If it makes you feel more comfortable.) (More secure.) I don't want any suffering to further exist in any sentient being. That said, I don't want to suffer myself, at the hands of lower level beings. Something must be done and it _will_ be done. Angels will make sure I have _my_ own set --- of Angels. Don't get scared like Tamar did, just do the right thing, no matter what it is. And you will know, what it is. Like I said, ride's over. No more jail, prison, B.S., for me. Got a rabbit's foot in my butt now. And forever. I am already gone. Don't annoy me further, only hear the message I deliver. Use discretion when the law is irrational. Good day. - Back to the Strategy of Peace!

JFK! JFK! JFK!                                    John Fitzgerald Kennedy

P.S. — In order to win against me, first you would need to kill God, then buy better weapons from extraterrestrials. Take patient and meditative care to notice the "I am Satan" part. It's important. That means I'm being inconvenienced. You are holding me hostage. I have done nothing wrong. The legislature does not know what is right or wrong for me, and it varies from situation to situation. You know it in your heart. Not from Laws. You are like a disobedient child that you do not hit because you love them, but who is making you very very angry. Satan, and Satan, <u>you can't beat us both</u>.
♀  ♂

The puzzle pieces are falling into place all by themselves. Whenever I write, progress is being made in the Astral Plane. As long as I am here... caged like an animal, I will continue to write until all the trees are consumed. We will see if the pen (or pencil in this case) really is mightier than the sword. I like that. Sounds peaceful. I bet it is. The Seraphim say I can't be convicted of a crime. Said it in 2019 right before I composed COVID-19. My "up yours." Symphony. You people can't possibly be so stupid you can't see truth in what I am saying. Don't be the ostrich with its' head in the sand. What I am about to do is amazing! If you won't handle it, I have to. My writing is an act of mercy. Chance after chance after chance after chance has already been given you. Your supremacy is not an absolute. I respect you. I do. From the bottom of my diseased heart. Only, respect me. We can work it out together. This U.S. v. Coad crap is unwarranted hostility. It is an abuse of power and a power trip. It will be handed back to you in spades. My power exceeds yours. I am the hellhammer and my own sovereign state with dual citizenship status to

[PS Continued] The United States of America. I am no enemy of the State for Christ's sake. I saved the world, America included. Get it through your thick skulls. The truth will stand tall no matter how you want to play it. My success is guaranteed. I have a crown of thorns on my head. Remaining silent is only good for liars and thieves. My success guarantees that I may speak out against such tyranny and injustice. You see the world running itself into the ground. Yet youse continue on the same course. Thus, you shall recieve, through me, Divine Intervention. Do you know what Divine Intervention is? Yeah. That. The world will not be allowed to fail completely. But those who poison and destroy my brothers and sisters will be removed from positions of authority and relegated to the Scrap heap of Doom. Two Satans, no waiting. Instantaneous Service. Guaranteed to Satisfy. Like Van Halen's Ice Cream man. MMkay? Say yes+++!!! Humor me with a thumbs up! Cheer up big guy! I love you. Just giving you a hand is all. I'm not replacing your Satan, only joining with her! Welcome me as your personal friend. I'm not going to mess everything up. I'm going to straighten everything the fuck out! I'm Good God Damned News! I'm Sunshine on a rainy day! I'm freedom and justice for all! So there's gonna be freedom and justice for me! When I'm finished, no-one will be in jail or prison. You'll be proud of me. You'll be my friend. I hope. I'm not Charlie Manson. I'm not Theodore Kaczynski, and I'm not the Son of Sam. I'm Aleister Crowley, crazy nigger, hungry for Chocolate. ☮ call 911 if you don't believe me! John Sterling Good ← eye 4 an eye

John S. Goad
Clear Creek County
Detention Center
Po Box 2000
Georgetown, Co
80444

DENVER CO 802
3 APR 2023 PM
From Clear Creek County Jail

The Hon Philip A. Brimmer
United States District Judge
United States District Court for the 10th Judicial
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294-3589

Legal Mail

80254-250099

From Clear Creek County Jail

